IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02578–PAB–KMT

DEVIN MARTINEZ,
KEVIN MARTINEZ, and
VICTOR TRUJILLO,

    Plaintiffs,

v.

GREEN GABLES COUNTRY CLUB,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for Entry of Protective Order" (#15, filed May 12, 2009) is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

The proposed Protective Order does not comply with the requirements established in *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000). *Gillard* set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

Dated: May 14, 2009